# Court of Appeals
# of the State of Georgia

ATLANTA,   September 09, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2159.  CORNWELL v. VERTICAL MORTGAGE FUND I, LLC.**

This appeal was docketed on July 16, 2015, such that appellant Michael Cornwell's intial brief was due on August 3, 2015. See Rule 23 (a) (appellant's brief "shall be filed within 20 days after the appeal is docketed"). As of August 28, 2015, however, Cornwell had neither filed a brief nor requested an extension of time to do so. See id. (appellant's failure to file a brief within 20 days, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal"). We therefore DISMISS this appeal. Id.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta,_____09/09/2015_____
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*